UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY HOLDINGS, INC., a Delaware corporation, *et al.* | ) ) ) | Case No. 07-10416 (KJC) |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF
THE ISSUES TO BE PRESENTED ON APPEAL**

NOW COMES Gregory J. Schroeder, Michelle Parker, Martin Warren, Steve Holland, and Nabil Bawa and the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plans, for themselves and all other similarly situated beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or the New Century Financial Corporation Supplemental Executive Retirement/Savings Plan (collectively, the "Beneficiaries"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, and hereby submit the following: (i) the designation of the Beneficiaries of the items to be included in the Record on Appeal from the Court's Order dated July 2, 2008, regarding Opinion on Confirmation and the Order Regarding the Order on Confirmation [Docket Nos. 8254 and 8255] (together, the "Confirmation Opinion"); and (ii) a Statement of the Issues To Be Presented on Appeal in relation to the Confirmation Opinion.

SL1 853992v1/102440.00001

## I. **Designation of the Record on Appeal**

The Beneficiaries hereby designate the following items to be included in the Record on Appeal of the Confirmation Opinion:

|   | TITLE | DATE FILED | DOCKET NO. |
|---|---|---|---|
| 1. | Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008 | 03/18/2008 | 5395 |
| 2. | Objection and Memorandum of Law of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan to Confirmation of First Amended Joint Chapter 11 Plan of Liquidation | 04/18/2008 | 6338 |
| 3. | Reply Brief of Plan Proponents in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 | 04/22/2008 | 6395 |
| 4. | Supplemental Reply of the Official Committee of Unsecured Creditors in Further Support of Confirmation of Joint Chapter 11 Plan of Liquidation | 04/22/2008 | 6398 |
| 5. | Declaration of Jamie L. Edmonson Regarding Tabulation of Votes in Connection with the First Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of March 18, 2008, as Further Amended | 04/23/2008 | 6406 |

SL1 853992v1/102440.00001

| 6. | Declaration of Holly Felder Etlin in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 | 04/23/2008 | 6407 |
|---|---|---|---|
| 7. | Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 | 04/23/2008 | 6412 |
| 8. | Motion of the Ad Hoc Committee of Deferred Compensation Plan and SERP Beneficiaries to Strike Declarations of Holly Felder Etlin and Todd Brents in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation as of April 23, 2008 | 04/24/2008 | 6415 |
| 9. | Motion in Limine to Preclude the Testimony of Samuel E. Star Filed by Ad Hoc Committee of Participants in the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan | 04/24/2008 | 6418 |
| 10. | Transcript of Trial Before Honorable Kevin J. Carey United States Bankruptcy Court Judge dated April 25, 2008 | 04/29/2008 | 6460 |
| 11. | Transcript of Hearing Before Honorable Kevin J. Carey United States Bankruptcy Court Judge dated April 24, 2008 | 04/30/2008 | 6464 |
| 12. | Post-Hearing Submission in Support of the Objection of Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplement Executive Retirement/Savings Plan to Confirmation of First Amended Joint Chapter 11 Plan of Liquidation Dated as of March 18, 2008 | 05/07/2008 | 6645 |

SL1 853992v1/102440.00001

| | | | |
|---|---|---|---|
| 13. | Post-Hearing Brief of Plan Proponents in Support of Confirmation of Plan Liquidation | 05/07/2008 | 6649 |
| 14. | Summary of the Evidentiary Record That Supports Confirmation of the Plan of Liquidation | 05/07/2008 | 6650 |
| 15. | Opinion on Confirmation | 07/02/2008 | 8254 |
| 16. | Order Regarding the Opinion on Confirmation | 07/02/2008 | 8255 |
| 17. | Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 | 07/15/2008 | 8596 |

Any and all Exhibits admitted during the hearing on confirmation of the Chapter 11 Plan, including, but not limited to, the following:

| | |
|---|---|
| Ad Hoc Exhibit 1 | Limited Liability Company Agreement of Carrington Capital Management |
| Ad Hoc Exhibit 2 | Agreement between Carrington Investment Partners U.S., LP and New Century TRS Holdings, Inc. dated December 1, 2004 |
| Ad Hoc Exhibit 3 | Second Amended and Restated Agreement of Limited Partnership Carrington Investment Partners LP dated March 21, 2006 |
| Ad Hoc Exhibit 4 | First Amended and Restated Limited Liability Company Agreement of Carrington Capital Management dated July 11, 2006 |
| Ad Hoc Exhibit 5 | Pleading filed by Carrington Capital Management with Respect to the Joint Chapter 11 Plan of Liquidation |
| Ad Hoc Exhibit 6 | New Century Financial Corporation Deferred Compensation Plan, Amended and Restated |

|  | July 1, 2004 |
|---|---|
| Ad Hoc Exhibit 7 | New Century Financial Corporation Supplemental Benefit and Deferred Compensation Trust Agreement entered into as of January 1999 between New Century Financial Corporation and Wells Fargo Bank, N.A. |
| Ad Hoc Exhibit 8 | Inter-Company Reconciliation Bankruptcy Schedules Versus POR Models dated February 2008 |
| Ad Hoc Exhibit 9A-9F | Various Amendments to the Schedules of the Debtors |
| Ad Hoc Exhibit 10 | N/A |
| Ad Hoc Exhibit 11 | Agreement and Plan of Merger dated as of April 21, 2004 |
| D-1 | Complaint for Declaratory Judgment and Other Equitable Relief – Class Action filed by Gregory J. Schroeder, Michelle Parker, Martin Warren, Steve Holland, Nabil Bawa, and the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and the New Century Financial Corporation Supplemental Executive Retirement Savings Plan for themselves and all others similarly situated |
| D-2 | Demonstrative Exhibit |

## II.    Statement of the Issues to Be Presented on Appeal

The Beneficiaries submit the following issues to be presented on appeal:

1. Whether the Bankruptcy Court erred in holding that the Second Amended Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of April 23, 2008 (the "Chapter 11 Plan") did not provide for the substantive consolidation of the above-captioned Debtors in form or effect?

2. Whether the Bankruptcy Court erred in holding that the Chapter 11 Plan did not violate § 1123(a)(4) of the Bankruptcy Code?

3. Whether the Bankruptcy Court erred in holding that the Chapter 11 Plan satisfied § 1129(a)(7) of the Bankruptcy Code?

4. Whether the Bankruptcy Court erred in holding that the settlements incorporated into the Chapter 11 Plan were fair and equitable and provided benefits to the entire creditor body?

5. Whether the Bankruptcy Court erred in allowing the testimony of Holly Felder Etlin, Samuel E. Star and Todd Brents?

Date: July 24, 2008

Respectfully submitted,

STEVENS & LEE, P.C.

/s/ Joseph H. Huston, Jr.
JOSEPH H. HUSTON, JR. (NO. 4035)
1105 NORTH MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801
TELEPHONE: (302) 654-5180
TELECOPIER: (302) 654-5181
EMAIL: JHH@STEVENSLEE.COM

- and -

BERNSTEIN, SHUR, SAWYER & NELSON

/s/ Robert J. Keach
ROBERT J. KEACH
PAUL MCDONALD
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029
TELEPHONE: (207) 774-1200
TELECOPIER: (207) 774-1127
EMAIL: RKEACH@BERNSTEINSHUR.COM

SL1 853992v1/102440.00001