IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: New Century TRS Holdings Inc. et al

| | | |
|---|---|---|
| Gregory J. Schroeder, Michelle Parker, Martin Warren, Steve Holland and Nabil Bawa and Ad Hoc Committee of Beneficiaries of New Century Financial Corporation, | ) ) ) ) ) ) ) | |
| Appellants | ) | Civil Action No.  08-545 |
| v. | ) ) | |
| New Century Liquidating Trust, Liquidating Trustee and Plan Administrator for New Century Warehouse Corporation, | ) ) ) ) ) | |
| Appellees | ) | Bankruptcy Case No.  07-10416 AP 08-48 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/2/08 was docketed in the District Court on 8/27/08:

Order regarding the Opinion on Confirmation

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                            Peter T. Dalleo
                                            Clerk of Court

Date:   8/27/08
To:     U.S. Bankruptcy Court
        Counsel